IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**COY MILLER AND BRENDA MILLER**                                   **PLAINTIFF**
**D/B/A BRONZED BUNZ**

**V.**                                     **CAUSE NO: 1:06CV94-SA**

**CALIFORNIA TANNING SUPPLY, INC. et al.**                       **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE OF TIM MCQUAY D/B/A CALIFORNIA TANNING SUPPLY, INC.

This cause comes before this Court by joint request of Plaintiffs Coy Miller and Brenda Miller d/b/a Bronzed Bunz and Defendant Tim McQuay d/b/a California Tanning Supply, Inc., incorrectly sued as California Tanning Supply, Inc. and Tim McQuay, Individually and as Agent for California Tanning Supply, Inc., in the above styled cause of action for dismissal of Plaintiffs' claims solely against the Defendant Time McQuay d/b/a California Tanning Supply, Inc. without prejudice. The Court, having been fully advised in the premises, does hereby find that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the claims of Plaintiffs Coy Miller and Brenda Miller d/b/a Bronzed Bunz are dismissed with prejudice as to Defendant Tim McQuay d/b/a California Tanning Supply, Inc.

So **ORDERED**, this the 24th day of June, 2008.

                                                           **/s/ Sharion Aycock\_\_\_\_\_**
                                                           **U.S. DISTRICT JUDGE**